

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 296TH JUDICIAL DISTRICT COURT OF COLLIN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 10th day of January, 2018, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| THOMAS J. GRANATA, II, Appellant | On Appeal from the 296th Judicial District Court, Collin County, Texas |
| No. 05-17-00118-CV        V. | Trial Court Cause No. 296-01005-2016. Opinion delivered by Justice Myers. |
| MICHAEL KROESE AND JUSTIN HILL, Appellees | Justices Bridges and Schenck participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that appellees MICHAEL KROESE AND JUSTIN HILL recover their costs of this appeal from appellant THOMAS J. GRANATA, II.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 5th day of June, 2018.

_____
LISA MATZ, Clerk